UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No.: 10-62192-CIV-UNGARO

ELLIOT GLASS,

    Plaintiff,

v.

INTEGRITY FINANCIAL
PARTNERS, INC.,

    Defendant.
_____/

## ORDER OF VOLUNTARY DISMISSAL

THIS CAUSE came before the Court upon the Plaintiff's Notice of Voluntary Dismissal with Prejudice  (D.E. 5.)

THIS COURT has reviewed the Notice and the pertinent portions of the record, and being otherwise fully advised in the premises, it is hereby

ORDERED and ADJUDGED that this Cause is

DISMISSED WITH PREJUDICE, with each party bearing its own attorneys' fees and costs.

DONE AND ORDERED in Chambers at Miami, Florida, this 10th day of December, 2010.

_____
URSULA UNGARO
UNITED STATES DISTRICT JUDGE

copies provided:

counsel of record